UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-03269-MMM(AGRx) | Date | November 17, 2011 |
|---|---|---|---|

| Title | Alliant Credit Union vs The Vessel, "Yacht Affairs" |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:

None appearing                                          None appearing

**Proceedings:**        [In Chambers] Order to Show Cause

    On July 23, 2010, plaintiff fled an application for default against defendant The Vessesl Yacht Affairs in response to the court's order to show cause.

    On September 15, 2011, a deficiency was issued on the application for request for default. Plaintiff shall file a new application for request for default addressing all deficiencies no later than November 23, 2011.  Failure to comply with this court's order will result in the immediate dismissal without further notice.